and Mr. Gordon Russo from Folsom, Michigan. And I'm Here to talk about occupations that populations in the country are calling prosecutorial charges. So, I'm a DHS law professional, and one of the issues that is very current is when it comes to the law confirmed and when people become friends who actually have sub-security. Now, I'm going to leave this complaint because I think people need to know that being a child with sub-security can significantly affect the life of a child. Gordon, Gordon Russo speaking. Could you say a little bit about what you have to know about the proceedings going on? This is the only proceedings that are going on. You can't stop people from operating. It's not strict. It's not a source of power. Well, the problem is that a lot of times, the first person that's going to have a court of law is someone who's not the first person. What I'm thinking, we all speak together, and there is no first person. And I think that a client with a lot of closure and receivables and fraud and expenses in this court, in the briefs, and in the future, will not be able to operate with a lot of closure, which is why a lot of people couldn't occur at this time. The facts of the case, and we're not doing nothing with respect to the money, the closure proceedings, which is the subject of this brief, could not, but is still being investigated in the future, and that's why we're not pursuing moneyless closure. And also, in two different stages, which is the lawful closure process, which is fraudulence, fraudulence in the evidence, and fraudulence in the evidence. And there's a lot of structure that's going on, and a lot of people are still operating with the same structure. And the reason, when you see it in here, you can't put that in the source material. It's almost impossible to put it in there. So, I believe that, uh, it's in 2013, when she was prosecuted for fraudulence, fraud, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence, fraudulence,   fraudulence, fraudulence,  And it's, she had been verdicted justice after what is a supreme institution where evidence supposes to have been made to settle the case that she had been convicted of  And she  convicted of fraudulence and she was convicted of fraudulence and she was convicted of fraudulence and she was convicted of   she was  of fraudulence and she was convicted of fraudulence and she was convicted of fraudulence And she was convicted of fraudulence and she was convicted of fraudulence and she     and she was convicted of fraudulence and she was convicted of fraudulence And she was convicted of fraudulence and she was convicted  fraudulence and she was    and she was convicted of fraudulence Why When when when when when she
judges: Clifton, Murguia, Nguyen